IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U.S.A. vs. JOSEPH JOHN CANNELLA					Criminal Action No. 04-cr-00152-MJW-01

## Petition for Early Termination of Probation

COMES NOW, Amy Fonck, probation officer of the court, presenting an official report upon the conduct and attitude of Joseph John Cannella who was placed on supervision by the Honorable Michael J. Watanabe sitting in the court at Denver, Colorado, on the 20th day of November, 2006, who fixed the period of supervision at thirty-six (36) months, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall be placed on home detention for a period of 6 months, to commence within 21 days of sentencing. During this period, he shall remain at his place of residence at all times other than time spent at work or time spent on other activities approved in advance by the probation officer. This period of home detention shall be enforced by electronic monitoring. To permit this monitoring, the defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones. He shall wear electronic monitoring devices and follow all other procedures specified by the probation officer. The defendant shall pay the cost of electronic monitoring as directed by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has complied with the rules and regulations of probation and is no longer in need of supervision.

PRAYING THAT THE COURT WILL ORDER: (1) that the probation officer be authorized to serve this petition on the United States; (2) that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of supervised release; and (3) that, if the United States does not file a timely objection, the defendant be discharged from supervised release and the proceedings in the case be terminated.

Respectfully,

s/Amy Fonck
Amy Fonck
U.S. Probation Officer
Place: Denver, Colorado
Date: February 6, 2008

## ORDER OF THE COURT

After careful consideration of the probation officer's petition, it is

ORDERED that the probation officer serve this petition and order on the United States. It is further ordered that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of supervised release. It is further ordered that this petition and order be filed and made a part of the record in the above case.

DATED at Denver, Colorado, this 8th day of February 2008.

Michael J. Watanabe
United States Magistrate Judge